# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA DANIEL KAUPANG, <br><br> Defendant. | CR 20-02-GF-BMM <br><br> ORDER TO ISSUE WARRANT |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Joshua Daniel Kaupang to appear for arraignment on February 4, 2020, at 2:00 p.m. is QUASHED and the arraignment is VACATED. IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Joshua Daniel Kaupang.

Dated this 31st day of January, 2020.

John Johnston
United States Magistrate Judge

1