# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA DANIEL KAUPANG,<br><br>Defendant. | Case No. CR 20-02-GF-BMM<br><br>**ORDER PERMITTING DEFENDANT TO TRAVEL** |

Defendant, Joshua Daniel Kaupang, having filed a Motion for Permission to Travel, the Government having no objection and good cause appearing;

**IT IS HEREBY ORDERED** that Defendant Joshua Daniel Kaupang be permitted to travel to Havre, Montana, beginning Wednesday, May 26, 2021, through Thursday, June 3, 2021, to visit his mother and two biological children.

DATED this 11th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1