**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-02-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JOSHUA DANIEL KAUPANG,** | |
| **Defendant.** | |

Based upon the United States' unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the forfeiture allegation is DISMISSED.

Dated this 15th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court